```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CAROL TILLY FEE                                         CIVIL ACTION

VERSUS                                                  NO. 07-3782

SOCIAL SECURITY ADMINISTRATION                          SECTION "A"(5)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of either party to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that this matter be remanded to the Commissioner for further consideration of plaintiff's application for DIB consistent with the Court's opinion.

September 26, 2008

```
                                   _____
                                            JAY C. ZAINEY
                                   UNITED STATES DISTRICT JUDGE
```